

$3.01
US POSTAGE
04/12/2021
From 46204
0 lbs 1 ozs
Zone 1

Pitney Bowes
CommPrice



026W0004897682

3000143177

## USPS FIRST-CLASS PKG

Marion County Clerk
MARION COUNTY CLERK
200 E Washington St, # T322
Indianapolis IN 46204-3307

0005

49D9321B4CC911857



C014

DR KIM C/O SOUTHEAST HEALTH CENTER
DR KIM C/O SOUTHEAST HEALTH CENTER
901 SHELBY ST
INDIANAPOLIS IN 46203-1151

### USPS TRACKING #

9400 1149 0267 5317 5062 35

# SUMMONS

BRENDA L. White _____ In the Marion Superior Court, Room No. _____

4141 N. Ridgeview Dr, Indpls., IN 46226 _____
                                    Plaintiff

—vs—

Dr. Kim / Southeast Health Center _____   Cause No. 49D03-2104-CC-011857

901 Shelby, Indpls., IN 46203 _____
                                    Defendant

TO DEFENDANT: (Name) _____

(Address) _____

_____

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated 4/8/2021 _____    Myla A. Eldridge _____ (Seal)
                           Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[ ] Registered or certified mail.

[ ] Service at place of employment, to-wit _____

[ ] Service on individual    (Personal or copy) at above address.

[ ] Service on agent. (Specify) _____

[ ] Other service. (Specify) _____

Brenda L. White _____
Attorney for Plaintiff
4141 N. Ridgeview Drive _____
Address 46226

317-875-1957 _____
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____    _____
Sheriff's Costs                                      Sheriff

                                                     By:_____
                                                         Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion Superior Court

Dated: _____, 20_____    By: _____
                                                Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

_____
Clerk, Marion Superior Court

By: _____
    Deputy

---

Telephone | Address | Attorney for Plaintiff | SHERIFF'S COSTS | SUPERIOR COURT ROOM NO. ___ | SUMMONS | Defendant | vs. | Plaintiff | Cause No. ___ | Room No. ___

STATE OF INDIANA      IN THE _Superior_ COURT

COUNTY OF _Marion_      CAUSE NO. _49D03-2104-CC-011857_

IN RE THE MATTER OF:

_Brenda L. White_
Petitioner

v.

_Southeast Health Center and_
Respondent _Peter Kim, M.D._

FILED

APR 0 8 2021    (29)

_Myla A. Eldridge_
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY UNREPRESENTED PERSON

1. My name is _Brenda L. White_ and in this case I am not represented by a lawyer.

2. My contact information for receiving legal service of documents and case information as required by Court Rules is:

    Address: _4141 N. Ridgeview Drive_
    _Indianapolis, Ind. 46226_

    Email address: _____
    ☐ *I will accept service at the above email address.*
    Phone: _____
    Fax: _____
    OR, if in a related case, you have used the Attorney General confidential address, you may check the box below:
    ☐ Attorney General confidential address

3. This is a _CT_ case type as defined in Administrative Rule 8(B)(3).

4. There are other cases related to this case: *(If yes, please indicate below)*
    ☑ Yes _CLOSED_
    ☐ No

Caption and case number of related cases:
_Brenda L. White v._
Caption: _Southeast Health Center and_
_Dr. Peter Kim_

Case No.: _1:20-cv-00972-JPH-TAB_
Case No.: _1:20-cv-03013-SEB-MJD_

Approved by the Coalition for Court Access
CCA-GF-0420-3012
www.indianalegalhelp.org

Caption: BRENDA L. White v. Southeast Health Center & Dr. Peter Kim   Case No.: 20-2896

Caption: _____   Case No.: _____

Additional information as required by local rule: filed in incorrect jurisdiction

_Brenda White_
Signature

**This appearance is filed with a Verified Motion For Fee Waiver. There is no other party to serve.**

Page 2 of 2

Approved by the Coalition for Court Access
CCA-GF-0420-3012
www.indianalegalhelp.org

INITIATING PARTY

BRENDA L. WHITE
4141 N. RIDGEVIEW DRIVE
INDIANAPOLIS, IN 46226
317.875.1957

PLAINTIFF, INITIATING PARTY

V.

SOUTHEAST HEALTH CENTER /PETER KIM, M.D.
901 SHELBY
INDIANAPOLIS, IN 46203

DEFENDANT

BRENDA L. WHITE, PRO SE
Plaintiff,

Vs.

SOUTHEAST HEALTH CENTER/DR. KIM
Defendant



FILED
APR 08 2021
Myla Eldridge
CLERK OF THE MARION CIRCUIT COURT

## COMPLAINT FOR DAMAGES

Dr. Kim touched me inappropriately, and I decided not to go back to him. I needed help again, and there was no one else who could see me, only him, so I saw him again. He prescribed a medication that I am allergic to despite his asking me if I was allergic to that same medication. I was unaware of this until I took the first dosage. I thought, no, what is happening. I looked at the box, I saw nothing that would alarm me. I began to itch and break out in a rash and spots became red on my skin, I was swelling and that is when I knew that he had prescribed Penicillin after knowing and seeing the red notice in my file that I am allergic. I called the pharmacy and was told that the medication was Penicillin. I made another appointment with Dr. Kim to ask why he would do this to me. He stated that sometimes people who used to be allergic are not allergic any more. But, he did not ask me if I wanted to participate in this type of experiment. I was still having difficulty and while I was at Walmart, I went to the pharmacy, and there I was prescribed sinus medication. I felt better soon after that.

I reported this matter to the health center and nothing was done.

Therefore, I am asking to be compensated for damages caused by this doctor.

Sincerely,

*Brenda L. White*
Brenda L. White
4141 N. Ridgeview Drive
Indianapolis, IN 46226
317.875.1957