UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA L WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01833-JPH-DLP |
| | ) | |
| SOUTHEAST HEALTH CENTER, | ) | |
| PETER KIM, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF SUBSTITUTION**

On April 8, 2021, Brenda White sued Dr. Peter Kim and Southeast Health Center in Indiana state court alleging tortious conduct related to medical care she received from Dr. Kim. *See* dkt. 1-2 at 7.

During the relevant period, Dr. Kim was an employee of the Public Health Service and Southeast Health Center was an "entit[y] deemed" to be a Public Health Service employee, so Defendants removed the case to this Court on June 21, 2021. *See* dkt. 1 at 1–2; 42 U.S.C. § 233(a), (g); 28 U.S.C. § 2679(d)(2). On June 24, 2021, Defendants filed a Notice of Substitution and a Certification of Scope of Employment substituting the United States of America for Defendants under 28 U.S.C. § 2679(d)(2). *See* dkt. 7; dkt. 7-1.

Because the United States Attorney General has certified that Defendants were employees of the Public Health Service "acting within the scope of [their] employment at the time of the incident out of which the claim

1

arose," Ms. White's claims "shall be deemed to be an action or proceeding brought against the United States . . . , and the United States shall be substituted as the party defendant." See 28 U.S.C. § 2679(d)(2); dkt. 7-1. The United States of America is hereby **SUBSTITUTED** for Defendants Peter Kim and Southeast Health Center. The Clerk shall update the docket accordingly.

**SO ORDERED.**

Date: 7/7/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRENDA L WHITE
4141 N. Ridgeview Drive
Indianapolis, IN 46226

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov